# CASE ANNOUNCEMENTS

*November 1, 2010*

[Cite as *11/01/2010 Case Announcements*, 2010-Ohio-5295.]

## MOTION AND PROCEDURAL RULINGS

**1997–1390.   State v. Cornwell.**
Mahoning C.P. No. 96CR525. By entry filed April 13, 2010, this court ordered that appellant's sentence be carried into execution on Tuesday, November 16, 2010. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,

It is ordered by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including but not limited to the filing requirements imposed by S.Ct.Prac.R. 14.1.

It is further ordered that service of documents as required by S.Ct.Prac.R. 14.2 shall be personal, by facsimile transmission, or by email.

It is further ordered that counsel of record for the parties shall provide this court with a copy of any document relating to this matter that is filed in or issued by any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the governor. A copy of the document shall be delivered to the office of the Clerk as soon as possible, either personally, by facsimile transmission, or by email.

**2009–1705.   Janosek v. Janosek.**
Cuyahoga App. No. 91882, 2009-Ohio-3882. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion for leave to correct a statement at oral argument,

It is ordered by the court that the motion is granted. Appellant's motion for leave is deemed sufficient notice of the misstatement, and no further filings are required.

**2010–1398.   State v. Sanders.**
Portage App. No. 2009–P–0053, 2010-Ohio-2525. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion to stay proceedings,

It is ordered by the court that the motion is denied. Appellant shall file a memorandum in support of jurisdiction within 15 days from the date of this entry. Appellant's failure to timely file a memorandum in support of jurisdiction will result in dismissal of his appeal for want of prosecution.